# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>KOCHS SANTA FE, LLC, a California limited liability; and DOES 1-10,<br><br>         Defendants. | Case No.: 2:21-cv-07074-MRW<br><br>*Hon. Michael R. Wilner*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  September 2, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant Kochs Santa Fe LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 17, 2021

Hon. Michael R. Wilner
United States District Judge